Naeun Rim (Bar No. 263558 - nrim@manatt.com)
Manatt, Phelps & Phillips
2049 Century Park East, Los Angeles, CA 90067
Tel: 310-312-4380
Fax: 310-312-4224

Ekwan Rhow (Bar No. 174604 - erhow@birdmarella.com) and
Christopher Lee (Bar No. 322140 - clee@birdmarella.com)
Bird Marella
1875 Century Park East, 23rd Fl, Los Angeles, CA 90067
Tel: 310-201-2100
Fax: 310-201-2110
Attorneys for Petitioner Christopher Philip Ahn

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Philip Ahn <br> FULL NAME (Include name under which you were convicted) <br><br> Petitioner, <br><br> David M. Singer, U.S. Marshall of the Central District of California <br> NAME OF WARDEN, (or other authorized person having custody of petitioner) <br><br> Respondent. | CASE NUMBER: <br><br> CV 2:22-CV-04320 <br> To be supplied by the Clerk of the United States District Court <br><br> CV 2:19-CV-5397 FLA (JPR) <br> Case under which international extradition was certified <br><br> **PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY** <br> **(28 U.S.C. § 2241)** |

**INSTRUCTIONS - READ CAREFULLY**

This petition shall be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information that establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies must be mailed to the Clerk of the United States District Court for the Central District of California, Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction.
2. ☐ a sentence.
3. ☐ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☒ other.     International Extradition Certification

**PETITION**

1. Place of detention   Petitioner is under the custody of the U.S. Marshal but has been released on bond.

2. Name and location of court that imposed sentence   Petitioner challenges the certification of his international extradition by Hon. Jean P. Rosenbluth, Magistrate Judge of the Central District of California.

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. Extradition Proceeding Case Number: 2:19-CV-5397-FLA (JPR).
   b. Extradition certified for breaking and entering, making threats, causing injury, and illegal restraint.
   c. _____

4. The date upon which sentence was imposed and the terms of the sentence:
   a. Extradition to Spain certified on May 9, 2022.
   b. _____
   c. _____

5. Check whether a finding of guilty was made: N/A
   a. ☐ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:   N/A
   a. ☐ a jury
   b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?   ☐ Yes   ☒ No

8. If you did appeal, give the following information for each appeal:

   **CAUTION**: *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.*

   a. (1) Name of court _____
      (2) Result _____
      (3) Date of result _____
      (4) Citation or number of opinion _____

CV-27 (05/18)     **PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)**     Page 2 of 7

(5) Grounds raised (*list each*):

(a) _____

(b) _____

(c) _____

(d) _____

b. (1) Name of court _____

(2) Result _____

(3) Date of result _____

(4) Citation or number of opinion _____

(5) Grounds raised (*list each*):

(a) _____

(b) _____

(c) _____

(d) _____

9. State CONCISELY every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.  If necessary, attach a SINGLE page only behind this page.

   **CAUTION**: *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.  You must state facts, not conclusions, in support of your grounds.  A rule of thumb to follow: state WHO did exactly WHAT to violate your rights at WHAT time and place.*

   a. Ground one: See Attachment Page. Petitioner is submitting this Petition on Form CV-27 as required by Local Rule 83-16.1, but Petitioner intends to submit a more detailed memorandum upon leave of Court.

   Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

   _____

   _____

   _____

   _____

   _____

   b. Ground two: _____

   _____

   Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

   _____

   _____

   _____

   _____

   _____

    c. Ground three: _____

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

_____

    d. Ground four: _____

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions, or motions with respect to this conviction?  ☐ Yes  ☒ No

11. If your answer to Question No. 10 was yes, give the following information:

    a. (1) Name of Court _____

       (2) Nature of proceeding _____

       (3) Grounds raised _____

_____

_____

_____

_____

       (4) Result _____

       (5) Date of result _____

       (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

_____

_____

b. (1) Name of Court _____

   (2) Nature of proceeding _____

   (3) Grounds raised _____

   _____

   _____

   _____

   (4) Result _____

   (5) Date of result _____

   (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

   _____

   _____

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
    Petitioner is challenging a certification of extradition, not a criminal conviction, and is not required to file a 2255 motion.

13. Are you presently represented by counsel?  ☒ Yes  ☐ No

    If so, provide name, address, and telephone number Naeun Rim, 2049 Century Park E, LA, CA 310-312-4380

    Ekwan Rhow and Christopher Lee, 1875 Century Park E, Los Angeles, CA, 310-201-2100

    Case name and court In the Matter of the Extradition of Christopher Phillip Ahn, CV 19-5397-FLA (JPR
    United States District Court for the Central District of California

14. If you are seeking leave to proceed *in forma pauperis*, have you completed the declaration setting forth the required information?  ☒ Yes  ☐ No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

*Signature of Attorney (if any)*
Naeun Rim - Attorney for Petitioner

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __June 23, 2022__
           *Date*

*Signature of Petitioner*
Christopher P. Ahn - Petitioner