<u>    Christopher Phillip Ahn                    </u>
     *Petitioner*

<u>    David M. Singer                            </u>
     *Respondent(s)*

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
*IN FORMA PAUPERIS***

I, <u>Christopher Phillip Ahn</u>, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☒ Yes   ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. <u>$500/month. Self-employed.</u>

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. <u>                    </u>

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☒ Yes   ☐ No
   b. Rent payments, interest or dividends?   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments?   ☒ Yes   ☐ No
   d. Gifts or inheritances?   ☒ Yes   ☐ No
   e. Any other sources?   ☒ Yes   ☐ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: <u>Approximately $6,000 from self-employment. $8,000 from donations. $15,600 from disability payments. Spouse's income is approximately $85,000 a year.</u>

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)* ☒ Yes   ☐ No

   If the answer is yes, state the total value of the items owned: <u>~ $75,000</u>

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☒ Yes   ☐ No

   If the answer is yes, describe the property and state its approximate value: <u>Automobile ($5,000) Stocks ($50,000), House shared with mother ($760,000)</u>

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: W.Y. Ahn (mother) and J.A. Kim (grandmother) $1,500 per month; J.S. Kim (father-in-law) to $2100 per month.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __June 23, 2022__  
*Date*

_____  
*Signature of Petitioner*

# CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____  
*Date*

_____  
*Authorized Officer of Institution*

_____  
*Title of Officer*