**CENTRAL COURT OF INSTRUCTION NUMBER 5**
**D. P. 1396/2019**

# SUPPLEMENTAL DOCUMENT IN SUPPORT OF THE EXTRADITION OF CHRISTOPHER PHILIP AHN

I, José de la Mata Amaya, Magistrate Judge of the Central Investigative Court number 5, make this supplementary statement in support of the Request of Extradition of Christopher Philip **AHN** (hereinafter "**AHN**"), so that he can be prosecuted in Spain for the following crimes - (i) injuries (art. 147 of the Criminal Code); (ii) illegal detentions (arts. 163 and 165 of the Criminal Code) ; (iii) threats (arts. 169 and 171 of the Criminal Code); (iv) breaking and entering (arts. 202 and 203 of the Criminal Code); (v) robbery with violence and intimidation (arts. 237, 241, 242 of the Criminal Code); and (vi) criminal organization (art. 570 bis of the Criminal Code) - as author under articles 27 and 28 of the Spanish Criminal Code.

I.

The request submitted in support of the extradition of **AHN** includes statements of victims of the assault on the Embassy of the Democratic People's Republic of North Korea. This document transmits medical reports, witness statements, and photograms from the cameras of the Embassy security system which corroborate the statements of the victims in the following Annexes:

(1) Cho Sun Hi Forensic Medical Report;

(2) Forensic and Hospital Medical Reports of Yun Sok So;

(3) Statement of the agent of the National Police Corps with Professional Number 122334;

(4) Statement of the agent of the National Police Corps with Professional Number 122271;

(5) Statement by Oscar Santiago Perales;

(6) Statement by Lynn Gayero Daya;

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 6 of 160 Page ID #:1240



(7) Statement by Teofila Villarroel Orozco; and

(8) Photos of the Security System cameras of the Embassy.

II.

Spain maintains diplomatic relations with the Democratic People's Republic of North Korea. However, it has no extradition or mutual legal assistance treaty with that country. The extradition request that is now supplemented with additional information has nothing to do with the political or diplomatic aspects of Spain's relation with North Korea, and is based solely on facts with criminal relevance. The statements of the national victims of North Korea constitute only part of the body of evidence, which has been objectively assessed and considered credible without any connection to their nationality.

Madrid, September 12, 2019

JUZGADO CENTRAL DE INSTRUCCIÓN N.º 5

José de la Mata Amaya

Magistrate Judge

Central Investigative Court number 5

Spain

# Annex 1

# REDACTED

## ANNEX 1

## Medical Reports – Cho Sun Hi

***(English and Spanish Language)***

# Annex 2

# REDACTED

## ANNEX 2

## Medical Reports – Yang Sok So

***(English and Spanish Language)***

# Annex 3

Police officer - no. 122334

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 16 of 160 Page ID #:1250

[Coat of arms]
JUDICIAL
ADMINISTRATION

**CENTRAL COURT OF INVESTIGATION [JUZGADO CENTRAL DE INSTRUCCION] No. 005**
MADRID
C/GARCÍA GUTIÉRREZ S/N
Telephone number: 91 709 64 78
Fax: 91 709 64 86
General Identification Number [NIG]: 28079 27 2 2019 0000469
GUB11

**PRELIMINARY PROCEEDINGS IN SUMMARY PROCEEDINGS [DILIGENCIAS PREVIAS PROC. ABREVIADO] 0001396/2019 AB**

**MS MARÍA JESÚS FRAILE MARTÍN, JUDICIAL ADMINISTRATION CLERK AT CENTRAL COURT OF INVESTIGATION NUMBER 5 OF THE NATIONAL HIGH COURT [AUDIENCIA NACIONAL]:**

**I HEREBY CERTIFY THAT:**

Preliminary Proceedings no. 1396/2019 are underway in this Court **for offences of causing injuries [lesiones], illegal restraint [detenciones ilegales], threats [amenazas], breaking and entering [allanamiento de morada], robbery with violence and intimidation [robo con violencia e intimidación] and criminal organisation [organización criminal]** and the following is a faithful and literal transcription of the contents of the statement made in the course of these proceedings in this Court on 15 March 2019 at 11:35 by the National Police Force Officer with professional identity card no. 122334:

**JUDGE:** OK, 15 March 2019, Preliminary Proceedings 1396/2019, witness statement by the National Police Force Officer with professional identity card number 122334, that's you, isn't it?
**122334:** Correct.
**JUDGE:** Very good. Good morning.
**122334:** Good morning.
**JUDGE:** I inform you that an audiovisual recording is being made of this hearing, I also inform you that you are appearing as a witness in these proceedings, you are under the obligation to tell the truth. Do you swear or promise to do so?

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 17 of 160 Page ID #:1251

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** Yes, I swear.
**JUDGE:** Good. You are perfectly aware of the provisions of the Penal Code regarding the offence of giving false testimony [falso testimonio].
**122334:** (he nods in agreement)

**JUDGE:** Very good. Look, the reason for your appearance today is related to an intervention by you and your colleagues on 22 February 2019 at approximately 17:30 to 17:50...
**122334:** Approximately.
**JUDGE:** ...at the Embassy of the Democratic People's Republic of Korea, the North Korean Embassy.
**122334:** Correct.
**JUDGE:** OK? That's what we're going to ask you about. Apparently you were on duty with a police patrol around... that area of Madrid.
**122334:** Yes, on preventive duty, we went out on patrol and that was when a call was received from H50 control centre dispatching a unit because SAMUR [Madrid Municipal Emergency Assistance and Rescue Service] required the presence of the police for an individual who was receiving attention because they had found her walking around, well they had also been called because an individual was walking along the public highway.
**JUDGE:** Were you the first person to encounter the injured individual? The first officer to encounter the injured individual?
**122334:** Officer, yes.
**JUDGE:** Yes?
**122334:** That is correct, yes. Police officer, yes.
**JUDGE:** Tell us what you noticed at that moment and how your help was requested.
**122334:** OK. We arrived at the place where the control centre dispatched us
**JUDGE:** Why did the control centre dispatch you?
**122334:** We were dispatched because there was a disoriented individual who was being attended by the medical services, SAMUR in this case, she was being attended because she was disoriented and was making statements that were a little..
**JUDGE:** So, this individual was disoriented and SAMUR were the first to arrive to help her...
**122334:** The first to arrive were SAMUR.
**JUDGE:** ...were SAMUR

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** That's right.
**JUDGE:** Did you find out who called SAMUR?
**122334:** I learnt subsequently that the individual who called SAMUR was a passer-by, an employee at a gym nearby, who, according to the statement he made subsequently, was on the way to work and... in his car, he was driving a car and this individual, this Korean woman, stopped in the middle of the road and asked him for help and he opened the car door and she got into the car. According to this man's statement, the woman was covered in blood and the only thing she kept saying, the only thing this man understood was *"police"*, she wanted him to call the police. Then, when he saw her, according to this man's statement, when he saw her, first he called 112 and the first people to be dispatched there were a medical unit to attend to her because she presented injuries.
**JUDGE:** Indeed and so that's the reason why the medical unit went there and began to attend to her...
**122334:** That's right.
**JUDGE:**...I imagine that at that point the police were called by somebody...
**122334:** By SAMUR, we think, by SAMUR, it was SAMUR who dispatched a police unit because there were some injuries that...
**JUDGE:** ...and then you arrived.
**122334:** And then we arrived.
**JUDGE:** And your partner...you two arrived...Now tell us what happened from that moment.
**122334:** OK. Well, we arrived, they were attending to the woman inside the, the ambulance, the ambulance was closed, one of the crew members, one of the paramedics opened the door and told us there was woman inside, a Korean, who was making statements that were a little...a little strange. A little strange, she was speaking Korean, I couldn't understand her at all. They let me enter.
**JUDGE:** Move a little closer to the microphone.
**122334:** Yes. They let me enter. Once I was inside, the woman was lying flat, they had put a cervical collar on her, etcetera, and her face was completely covered in blood, and she reacted as soon as she saw me, she quickly took my hand, she took my hand, *"police"*, *"police"*, *"police"*, and she began to speak to me in Korean, I couldn't understand anything, we took out a mobile device to

[Coat of arms]
JUDICIAL
ADMINISTRATION

see the trans... with Google translate, to see if we could understand what she was saying. Logically the translator was from Korean, North Korean to Spanish and the translation that came up was a little strange, wasn't it? It said that some individuals had entered the Embassy and they were killing people, they were eating people and there were children there. Of course it seemed very strange to us and the individual was also a little disoriented, but it's true that the medical personnel insisted that the woman, despite her injury, which was a head injury, a contused lacerated wound as they said, she wasn't concerned about her physical well-being, she was concerned about what was happening inside the Embassy. That is what she seemed, I mean she gave the impression that she was trying to say. Then we (unintelligible) talked to the woman with the translator, and we changed it from Spanish to English, just in case maybe it might change the context of what she meant a little bit... No, indeed, both from Korean to Spanish and from Korean to English, what this woman meant was that people had entered the Embassy and that they were killing people, that there were children, that there were women...

**JUDGE:** OK, from then on, what did you do?

**122334:** Then, immediately afterwards, we quickly notified the boss of... in this case my immediate boss, who arrived at the scene and he began to coordinate everything a little bit when he arrived, and then...

**JUDGE:** For the time being you called your boss, you (unintelligible)

**122334:** called him. That's right.

**JUDGE:** And then your boss went there to the scene in another vehicle.

**122334:** That's right, because we believed what the woman was telling us because she was very...

**JUDGE:** OK, so your boss arrived, he appeared. How many officers were there at this point?

**122334:** There were two, four, six officers including...

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 20 of 160 Page ID #:1254

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** Six?
**122334:** That's right...
**JUDGE:** You still hadn't approached the Embassy
**122334:** Not yet.
**JUDGE:** And then what happened?
122334: Subsequently, what the boss did was is set up a cordon, as we believed her, we were still interviewing her via the translator, she, the victim continued insisting that we had to go in, that something very serious was happening in the Embassy, something very important and the boss, well, in this case my immediate boss set up a security cordon around the perimeter of the...
**JUDGE:** A perimeter security cordon formed by you and your colleagues?
**122334:** That's right.
**JUDGE:** To cover all the exits from the Embassy to the street.
**122334:** That's right, but first, before setting up the cordon, the decision was taken to go and see what was happening inside the Embassy.
**JUDGE:** OK, um, who went to the door of the Embassy?
**122334:** Me, my partner who was with me and another colleague went there.
**JUDGE:** The boss?
**122334:** No, a colleague who was... the boss still hadn't... the boss was present, he was there, but he was with the other unit attending to the victim.
**JUDGE:** OK.
**122334:** That's right.
**JUDGE:** And then the boss instructed you to go to the door.
**122334:** To go to the door.
**JUDGE**: It was you and a colleague...
**122334:** Me and two other colleagues.
**JUDGE**:...and two colleagues, three officers went to the Embassy door.
**122334:** Three officers.
**JUDGE:** OK.

Case 2:19-cv-05337-JFW-JPR Document 118-1 Filed 10/01/19 Page 21 of 160 Page ID #:1255

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334**: We rang the intercom, they took a short while to answer, they answered in Spanish, but it was more or less comprehensible and they took about two minutes, three minutes or so to come out.
**JUDGE:** To open the door.
**122334:** To open the door, exactly. A person with oriental features appeared wearing a suit, a suit that was kind of dark blue, well-built like this (he gestures) and with a pin, all three of us noticed that, with a pin with a picture of the president of North Korea, with a ponytail and the feeling all three of us had, or at least I did, was the feeling...like...no...like that he was interested, because we asked if...we had found a woman who was wandering around, who was injured and who told us that an incident was occurring there and could he, indeed, tell us what was happening in there. He said no, nothing was happening, it had taken them a little longer to come out, I could understand his Spanish well, more or less, it had taken him a little longer to come out and if we had heard noises it was because he couldn't open a door because it had got, it had got, like, stuck, they had to give it a kick and ... to open the door and, when he came out, he also insisted that any Korean citizen who had any kind of problem, any kind of incident...that it's our, not obligation, but it's our duty to inform him about what is happening to that person, "you know, uh, well, you know, it's your duty to report any incident that occurs to any Korean citizen, it's your obligation, it's your duty to inform this Embassy about it and notify us". Exactly like that. The feeling we got from it...well, we didn't get much...he insisted on questions of that type... I don't know, we're were surprised, the three of us turned around, we went to talk to the boss:
**JUDGE:** The dialogue ended there?
**122334**: It ended there, it was a...two, three minute conversation... no longer.
**JUDGE**: Did this individual come out alone or with someone else?

Case 2:19-cv-05337-JFW-JPR Document 118-1 Filed 10/01/19 Page 22 of 160 Page ID #:1256

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** Alone, alone, alone. What he did was he opened the door, as the door was opening, these are things that maybe you... you notice...
**JUDGE:** Yes
**122334:** ...he closed the door, he didn't close it completely, but he did close it, he did close it.
**JUDGE:** I'm going to show you a photo that's on page 54 of police report 1087/19. All right?
**122334:** Uh-huh.
**JUDGE:** Ok, so that you (unintelligible) please come closer to see the ... If this is the situation you saw.
**122334:** That's me. Correct, my colleague was on the left.
**JUDGE:** You actually appear in the photograph.
**122334:** Yes.
**JUDGE:** OK. The officer who appears, one of the officers who appears in the photograph is you ... This is the door...
**122334:** That's the door to the Embassy, we rang the intercom and out came this...
JUDGE: Here's a picture of another two police officers and then there's a gentleman at the door.
**122334:** That's right...
**JUDGE:** This is the individual who opened the door...
**122334:** This is the individual who opened the door, correct.
**JUDGE:** I'm showing you page 55, this photograph, at the Embassy door, there's a man at the door. Is this the individual who attended to you?
**122334:** Yes, sir, that's right, that's right.
**JUDGE:** There's a very clear picture of this individual on page 53.
**122334:** You see? He let himself be seen there.
**JUDGE:** (unintelligible) this person attended to you, yes, is that right?
**122334:** yes, yes, yes, yes, exactly.
**JUDGE:** You mentioned a pin.

Case 2:19-cv-05337-JFW-JPR Document 118-1 Filed 10/01/19 Page 23 of 160 Page ID #:1257

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** Yes, at the top, when he was standing opposite me it was the, yes, the top here (he points).
**JUDGE:** Indeed, I can see what looks like a pin here.
**122334:** Yes, yes, and red, a kind of red colour.
**JUDGE:** Very good, it's not visible on page 53.
**122334:** It's not visible.
**JUDGE:** Very good, more than recognising the individual, it's the same scene that you experienced.
**122334:** Yes, yes, yes, correct, that's right, yes, yes, exactly like that.
**JUDGE:** (unintelligible) the camera (unintelligible). So, this dialogue ended after a few minutes, very short... This dialogue ended after a few minutes, a very short dialogue with this individual and then what happened?
**122334:** We went to talk to the boss where the victim was, they were still attending to the woman and in this case the boss was there and we told him about the conversation we had with the man. And, in fact, what the boss decided was to believe what might be happening there, in there, like we did, and then the boss decided to set up a perimeter security cordon to find out what was happening.
**JUDGE:** Aha, and I am to understand that this perimeter cordon was set up...
122334: Yes, yes, yes. Well, yes.
JUDGE: Once the perimeter cordon was set up, what else happened?
**122334:** Well, the cordon was set up around... well, um... the call came in between 17:30 and 17:45, what with the victim being treated, and we were ... we interviewed this individual, we estimate that about an hour and a half, about an hour and a half is when they... took the individual, the victim to hospital, the boss went there with, he went with the, um...the victim, along with another unit that also arrived there, and they left two police units there, two patrol cars, with two officers per car. The cordon was set up...
**JUDGE:** And you were one of the four people who stayed
**122334:** Yes, yes.
**JUDGE:** Very good

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** We were there about an hour, about an hour and one of the patrol cars had to leave, unit, instructions that only one police vehicle was to stay monitoring what was happening. We stayed with the vehicle facing the pedestrian access door, the truth is that we didn't have a view of the vehicle entry and exit, the garage door and after they left, there was only one patrol car, me and my partner, and, well, from the point the other unit that was with us left, about an hour approximately too, an hour, hour and a bit, we saw, in this case, I saw, and well, my partner too, that a high-end van-type, MERCEDES-type vehicle came out heading towards where we were, where the patrol car was, and I noticed that it came out with the lights off and then well, the instructions were, anything they may seem strange...try to take down details, the more, the better. At which point the vehicle passed by, specifically I was on the driver's side, I was driving the vehicle I saw the vehicle moving upwards with its lights off driven by him, the same person who attended to us, who opened the door, I remember that perfectly, because I remember perfectly, because I was, and he was driving on his own, nobody else was in the van, or that's what I noticed, and I managed to take down the registration plate of the van, of the MERCEDES and about a minute later, a second vehicle left, one minute, two minutes, another vehicle, a dark AUDI, also driven by a person with oriental features in the same direction and we also took down the registration plate and we also copied it down, the instructions that we were given by the bosses that we should call in any strange movements and note them down. After they left, fifteen, twenty, around fifteen, twenty minutes, half an hour, no longer, we saw that there was a lot of movement, a lot of commotion and we saw three young people, also with oriental features, specifically one of them, we were stationary looking towards the embassy, and on the pavement next to us, a young Korean man went by with a kind of leather jacket, a black leather jacket, and jeans, he went by, that is, he went up the street. He went up and down again and like I say, we was on the look-out, like he knew we were there.

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 25 of 160 Page ID #:1239

[Coat of arms]
JUDICIAL
ADMINISTRATION

At this point they went down towards the access to the embassy, right on the pavement in opposite the embassy there's a bus shelter, two other young people were waiting there and, of course, we began to see a lot of commotion, I started talking to my partner, hey, look this young man has just walked up, now he's just walked down, now he's joined these two people, how strange. Right in front of the door a dark MERCEDES was parked, an individual got out, an individual got out and he was like on the phone. Likewise, we took down the registration plate, and indeed we saw one of the young people (unintelligible) with the individual, a conversation lasting just... five seconds, ten seconds, five or ten seconds no longer. The three came together again, they walked down a bit and that's when we saw that one of them, me in particular, me at least, I saw, my partner says that maybe he saw more, but I only saw one, and the person who climbed confirmed it later, he climbed over the wall, climbed over the fence, climbed inside and that was when we started to request assistance because somebody was climbing over the wall of the Embassy, after all that was happening, everything that had occurred. And around ... it wasn't even... twenty minutes, no longer, fifteen, twenty minutes later, we saw people coming out, people in hinged handcuffs, people who were cutting the cables ties they had on, one of them in particular requested our presence, asking for help, saying some people had got into the building, we didn't know... and they left. The only thing they told us, they got in, they put bags over our heads, they tied our hands and they left in the vehicles, in the Embassy cars. I asked him if there were people inside who might have died, if there were still people... people ... I also asked him if there were any weapons, yes, the people who got in, they were armed, he said exactly *"yes, yes, they entered with weapons"*, I asked him if anybody was injured, we were going to ask (unintelligible) but we told them not to get close, we didn't know if those people were alleged assailants or victims. Then we waited for all the units to arrive to assist us, we stayed there in a security area more or less, next to the wall, we told them not move until they arrived, as I say, because we didn't know what their intentions were, people were coming out, people were coming out with their hands tied, it was a bit of a stressful situation, and we decided to leave them up against ... and we told them not to worry, the doctors were coming and more police were coming to see, to clarify what was happening here. They collaborated at all times until the patrol cars arrived and that was how... how everything happened.

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** All right, the three youngsters, the three people who arrived later, almost at nightfall and of whom one climbed over, they also came out with the victims, did they?
**122334**: Yes.
**JUDGE:** They stayed there with them.
**122334:** Yes. One of them specifically, I said to him, I said... do you have something in your pockets? and he took out a kind of ... I don't know if it was handed in, a sort of little knife that apparently is the one they used to cut the...
**JUDGE:** The cable ties.
**122334:** (he nods)
**JUDGE:** Aha. Did you notice that any of the people who came out of the Embassy had been hit, were injured?
**122334:** Yes, yes, yes. Specifically the oldest individual, the person who was the most advanced in years had the most bruises.
**JUDGE:** Aha. What did you notice about him?
**122334:** Injuries on his face, yes, also heavy blows to the head and...
**JUDGE:** So, you noticed he had received blows to the head...
**122334:** Yes, yes, injuries...that's right.
**JUDGE:** Wounds.. On his body too?
**122334:** He was wearing clothes on his body.
**JUDGE:** Ah. Did he tell you about it?
**122334:** He didn't speak, didn't speak, much, he was a person who didn't really ...
**JUDGE:** Did any of the individuals tell you that they had been hit?
**122334:** Yes, yes, yes.
**JUDGE:** They told you?
**122334:** Yes, in this case, I think it was the person in charge at that point.
**JUDGE:** The person in charge told you then. What did he say exactly?

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 27 of 160 Page ID #:1261

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** Yes, a number of individuals had entered, South Koreans, they said they could have been South Koreans because of their accent.
**122334:** And yes, they hit them and put bags on them. JUDGE: Did you enter the Embassy in the end?
**122334:** I, well, we stayed outside, at the front attending to...
**JUDGE:** All right, very good, **STATE PROSECUTOR**, any questions?
**STATE PROSECUTOR:** Yes, with your permission. The person who said that nothing had happened... Was it fluent Spanish or did he have difficulty ...?
**122334:** I don't know, it was comprehensible, it was comprehensible. Yes, he probably had some knowledge, maybe not with as many technical terms as a Spanish speaker (unintelligible) and you know, um, but you could understand him OK and he understood the instructions and we understood what he wanted to say.
**STATE PROSECUTOR:** The person who was attended by SAMUR and with whom you spoke using the Google app, did she explain how she had got out of the Embassy?
**122334:** Not to me specifically. She just stressed that there were people inside the Embassy and they were killing people and that there were children... The translator was what...
**STATE PROSECUTOR:** The individual who jumped over the wall, you saw him just after... Did you notice him when you first arrived or was it later?
**122334:** We, when we arrived, she was inside the ambulance... STATE PROSECUTOR: No, no, I mean again the boy who climbed, the boy, the boy who climbed inside to help the others...
**122334:** We saw him before, at least I saw him, he was wearing the black jacket
**STATE PROSECUTOR:** No, I mean was he already there when the van left and the other vehicle left afterwards...
**122334:** No.
**STATE PROSECUTOR:** And the people he was speaking to, did you also notice them at that point? The ones this boy was talking to. Had you seen them before? Yes, the one who climbed in over the wall.

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** With the other two people he joined next to the bus shelter you mean?
**STATE PROSECUTOR:** Yes
**122334:** I only saw them, when they walked up and when they walked down, and when they walked down, next to the shelter, we saw that he joined those two young people.
**STATE PROSECUTOR:** Was that also the first time you saw them?
**122334:** yes.
**STATE PROSECUTOR:** No more questions.
**JUDGE:** Very good. Thank you. Heard. We've finished. We can stop recording."

This concludes the transcription of the statement, which I hereby certify.

In the City of Madrid on 25 July 2019

**THE JUDICIAL ADMINISTRATION CLERK**

# Annex 4

Police officer - no. 122271

[Coat of arms]
JUDICIAL
ADMINISTRATION

**CENTRAL COURT OF INVESTIGATION [JUZGADO CENTRAL DE INSTRUCCION] No. 005**

MADRID
C/GARCÍA GUTIÉRREZ S/N
Telephone number: 91 709 64 78
Fax: 91 709 64 86
General Identification Number [NIG]: 28079 27 2 2019 0000469
GUB11

**PRELIMINARY PROCEEDINGS IN SUMMARY PROCEEDINGS [DILIGENCIAS PREVIAS PROC. ABREVIADO] 0001396/2019 AB**

**MS MARÍA JESÚS FRAILE MARTÍN, JUDICIAL ADMINISTRATION CLERK AT CENTRAL COURT OF INVESTIGATION NUMBER 5 OF THE NATIONAL HIGH COURT [AUDIENCIA NACIONAL]:**

**I HEREBY CERTIFY THAT:**

Preliminary Proceedings no. 1396/2019 are underway in this Court **for offences of causing injuries [lesiones], illegal restraint [detenciones ilegales], threats [amenazas], breaking and entering [allanamiento de morada], robbery with violence and intimidation [robo con violencia e intimidación] and criminal organisation [organización criminal]** and the following is a faithful and literal transcription of the contents of the statement made in the course of these proceedings in this Court on 15 March 2019 at 13:39 by the National Police Force Officer with professional identity card no. 122271:

**JUDGE:** Well, it's 15 March 2019, Preliminary Proceedings 1396/2019, statement by the National Police Force Officer with professional identity card number 122271. That's you, isn't it?
122271: Yes, correct.
**JUDGE:** Very good. Look, I inform you that an audiovisual recording is being made of this hearing and that you are appearing as a witness today in these proceedings. You are under the obligation to tell the truth. Do you swear or promise to tell the truth?
**122271:** Yes.

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** I inform you that the penal code establishes false testimony as an offence in procedures of this kind. Look, your intervention in these events was obviously of a strictly professional nature, as a police officer, is that right?
**122271:** Correct.

**JUDGE:** Very good. Look, I'm going to refer to an event that took place, to an intervention by you and your colleagues that took place on 22 February in the afternoon at Calle Darlo Aparicio, near the North Korean embassy, OK? You remember that intervention, don't you?
**122271:** yes.
**JUDGE:** Very good, then tell me at what point your intervention in this episode began.
**122271:** Well, it began when a call came in from the 091 operations room [emergency control centre] stating that, in the immediate vicinity of the Embassy, I don't remember the street exactly, there was a woman with Asian features covered in blood with the emergency medical services, with SAMUR, I think it was, and they didn't know what had happened to her, that's how it all started. We then headed to the scene, I don't know if you want me to continue
JUDGE: Yes, exactly you arrived at the scene and got inside the ambulance, I believe...
**122271:** Correct.
**JUEZ:**...to see this person...
**122271:** Yes, they had the lady, they were attending to her inside the ambulance
**JUDGE:** Yes.
**122271:** She didn't speak Spanish at all, we couldn't understand her, but she was trying to express something. So what my colleagues and I tried, well, using the resource we had which was Google Translate, we showed her, we asked her what had happened and more or less she said it, and it translated what she said, some things made no sense; but yes, she said that there had been some kind of problem at the North Korean Embassy, that it was nearby, that she was inside and that she had hit her head or that her head had been hit, (unintelligible) well, trying to flee the place because people from outside the embassy had got in and we didn't understand what they intended to do...
**JUDGE:** I understand that at one point you and some of your colleagues approached the embassy door.
**122271:** Correct.

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** Tell me what happened at that point, how, what happened at that point when you arrived at the embassy door.

**122271:** We went to find out what was happening, to see what they could tell us at the Embassy in case they had some kind of problem, we rang the bell and a person with Asian, oriental features, with a pigtail down to his, as far as his back, a little facial hair, a goatee, he had a suit and also a pin, with the face of, I think it was Kim Jon-Un, the president or well ... I don't know .. And we asked him, well, we told him that a woman had told us that there had been some kind of problem here and we didn't know if it was true, if not, did they need anything or ... And this person, well, he said no, he told us that not there, no, he didn't know what we were talking about, there was no problem. He spoke Spanish with an accent (unintelligible) understand a perfect Spanish accent, but you could tell that ... And he said no, there was nothing happening there, he did say that if we had heard some noise it was because they had a problem opening one of the doors that had jammed and they couldn't open it; if that was what we had come for, but what we were telling him about the girl, about a girl ... they didn't know, they didn't know anything. He stressed several times that if the woman was a North Korean subject we had to tell him, what's more, he reiterated several times, "if she is a Korean subject you have to tell us", we said yes, yes, don't worry, if we consider it appropriate we will notify the Embassy. And those were the words we spoke with this person

**JUDGE:** I'm going to show you some photographs (unintelligible) 1087/19 of 8 March, page 54, if you would be so kind as to approach.

**122271:** Yes

**JUDGE:** They're photographs, I'd like you to see them. I'm referring to the second and third photo on this page. Do you recognise this place?

**122271:** Yes, yes, that's me.

**JUDGE:** So you are even in the bottom picture. Is this the scene you described?

**122271:** Exactly so.

**JUDGE:** The scene that occurred when you arrived at the Embassy

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 50 of 160 Page ID #:1284

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122271:** (he nods in agreement)
**JUDGE:** Is the individual who opened the door this person who can be seen there?
**122271:** Exactly so
**JUDGE:** No?
**122271:** That's correct
**JUDGE:** Is this person, is it? Here on page 55, top photograph, the same person can be seen again.
**122271:** Exactly, with the pin I told you about. What's more, you can see it...
**JUDGE:** And this is the scene that you experienced at the Embassy, with this person.
**122271:** Exactly
**JUDGE:** Very good, return to your place. So, tell me, what happened after that?
**122271:** Well, we went back to the ambulance, where the rest of our colleagues were, we explained what we had talked about, that there was no... it seemed that nothing was happening there, everything seemed... outwardly normal and correct, and now the boss decided that some colleagues would go to the hospital with the victim and we would set up a control point, in the vicinity of the (unintelligible) in view of what might happen, but without any kind... until the events were clarified.
**JUDGE:** Were you one of the people who stayed at the Embassy?
**122271:** Correct, yes
**JUDGE:** Very good. When did the next incident occur? If there was one
**12227.1:** Yes, yes, yes, yes, yes. In the timeline, I couldn't tell you exactly how much time went by, but I do know that when we set up the control point it was still day and later it was night, in other words, maybe two hours or so could have passed. The next thing we saw was that suddenly a van, I can't tell you the registration plate right now, but we took it down... a van came out, a MERCEDES VIANO, moving quite fast towards our position with the lights off. It wasn't me who identified the driver, my partner did... it was my partner who came in before
**JUDGE:** You didn't see the driver?

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122271:** No, I didn't manage to...

**JUDGE:** Very good

**122271:** But my partner did

**JUDGE:** What else happened?

**122271:** OK. He passed us, drove off and then within seconds or a minute at most a dark AUDI A8 came out. It was the one that the ambassador or the person in charge uses because the registration plate ended in 01. It also drove off in the same direction at great speed. My partner and I found that quite strange, but when we began to see, there were signs of movement in the vicinity, an UBER arrived and stopped, it looked like an UBER or a CABIFY, a vehicle (unintelligible) driving around for a while, we didn't know what it was doing, we called in its registration plate by radio too. What's more, a number of people with oriental features also began moving around... Then we requested more units by radio because at that point it was just my partner and me there. The control point was initially formed by two vehicles, there were four police officers, but at that point it was only my partner and me, the other vehicle had already gone, so we asked for assistance because everything we were seeing seemed strange to us, and now when we saw three individuals who were hanging around there and one of them climbed over the wall into the Embassy, climbed over the wall and got inside, that was very alarming, we started asking for support by radio and just as that was happening people began to come out of the Embassy ... six, seven people, I don't know the exact number right now...And, naturally, they saw the police vehicle and approached, they approached us

**JUDGE:** As the persons who were coming out... what were their circumstances?

**122271:** Well, as they came out, they were shouting, (unintelligible) gesturing, in a way...they looked nervous. We were about...approximately about a hundred metres away, I'd say. They came towards us and after what we had (unintelligible) understand from the lady and in view of what had happened before and well, the truth is that for our own safety we didn't let these people approach us, we took cover behind the vehicle, we aimed our guns at them and told them that nobody should approach until we had at least received a response from our colleagues to be able to control the situation because we didn't know if they might really be dangerous, if they were assailants, if they were ... we didn't know.

[Coat of arms]
JUDICIAL
ADMINISTRATION

Subsequently our colleagues arrived, there were enough officers, we approached these people and we noticed that some of the people had cable ties on.

**JUDGE:** These people still had cable ties on?

**122271:** Yes, well, I am one hundred percent sure because, besides, I took them off, they had hinged handcuffs on.

**JUDGE:** Hinged handcuffs.

**122271:** Yes, hinged handcuffs...like ours, the ones the police use

**JUDGE:** (unintelligible) Did they present any signs of injury?

**122271:** Yes, they presented minor injuries, bruises such as blows to the face, to the head and they were dishevelled, it looked like that they had been beaten or...

**JUDGE:** Did you go inside the Embassy?

**122271:** Not at that point, no. Much, much later we did (unintelligible) we carried out a short search around the...around the garden, but no, we didn't enter at that time or immediately afterwards

**JUDGE:** Very good. Thank you. The state prosecutor.

**STATE PROSECUTOR:** Yes, with your permission, sir. Did the individual who climbed over the Embassy wall stop at the door first?

**122271:** I think so, like I said we were some distance away... no, no, I couldn't say which was which, but it was one of the people who were around there at the time and it was one of them who climbed over.

**STATE PROSECUTOR:** No more questions.

**JUDGE:** Very good. Heard. We've finished. We can stop recording."

**This concludes the transcription of the statement, which I hereby certify.**

In the City of Madrid on 25 July 2019
THE JUDICIAL ADMINISTRATION CLERK

# Annex 5

# Statement – Oscar Santiago Perales

[Coat of Arms] MINISTRY OF THE INTERIOR

[Emblem] *GENERAL DIRECTORATE OF THE POLICE*

MADRID POLICE HEADQUARTERS
PROVINCIAL BRIGADE
INFORMATION

**Registry no.: 3065/ 19**

| | | | |
|---|---|---|---|
| **Presiding Officer:** | **95,805** | **Date:** | **30/07/2019** |
| **Secretary:** | **106,058** | **Time:** | **10:00** |

**RECORD OF WITNESS STATEMENT**

**Full Name: Oscar SANTIAGO PERALES**
**National Identity Document [DNI]: [redacted]124-B**
**Place of birth: Madrid**
**Date: [redacted]1976**
**Son/daughter of: Jose and Patrocinio**
**Address for service: Grupo 53, BPI Madrid, Calle Tacona, s/n (Madrid).**
**Telephone number: 913227070**

- Issued in Madrid, at the station of the Provincial Intelligence Services, on 30 July 2019 at 10:00 by the above-mentioned officers assigned to the aforementioned Provincial Intelligence Services, who are acting as the Presiding Officer and Secretary, respectively, for the purposes of this record and with regard to the events that gave rise thereto:
- He has been informed of the legal obligation to state the truth (Art. 433 of the Law of Criminal Procedure) and of the criminal responsibility he might incur in the event of a false accusation or false imputation to an individual of a criminal offence or showing flagrant disregard for the truth (Art. 456 of the Penal Code); of pretending to be the perpetrator or victim of a criminal offence (Art. 457 of the Penal Code); or of giving false testimony (Art. 458 of the Penal Code).
- He appears at this station freely and voluntarily after having been summonsed to do so to provide new information relating to the events that gave rise to these proceedings.
- The declarant is a Swimming Monitor and Lifeguard at "DAVID LLOYD" gym located at Calle Viñas del Pardo s/n in Madrid. This gym is very close to the Embassy of the Democratic People's Republic of North Korea in Madrid.

EMAIL
madrid.bpi53@policia.es

C/ Tacona s/n
28030 – MADRID
TEL. 91 322 71 45
FAX. 91 322 71 07

**PAGE 1**

- Asked about the events that occurred on the afternoon of 22 February 2019, **HE STATES:** that at approximately 17:12 on the aforementioned day, he was on the way to work at the gym, driving his vehicle along Calle Darío Aparicio when he observed a woman about 30 metres from the Embassy of the Democratic People's Republic of North Korea who was walking hurriedly down said street against the flow of traffic and when he came close to her, she began to gesture with her arms and stepped into the road to make the declarant stop his vehicle, at which he stopped and could see that the woman's face was completely covered in blood so he got out of the vehicle to attend to her at which the woman, who was very distressed, moved quickly and opened the passenger door of the vehicle, got in and closed the door.
- Then the declarant got back into his car at which the woman began to scream at him in a very distressed manner in a language that he did not know although he could tell that it was Asian and gestured for them to leave that place urgently.
- The declarant wants to point out that when he saw the woman inside the vehicle with a bloody face and noticed that she was sitting lopsidedly, leaning towards one side, and saw her distressed demeanour, he thought she was a victim who was fleeing from an assault by a partner or an attempted rape or a similar situation that had only just occurred, so he began to drive the vehicle while calling 112, continually looking in the rear-view mirrors in case someone was following them.
- They went towards the gym where the declarant works which is only 20 seconds by car from the place where he picked her up and when they arrived at the door, the declarant got out of the vehicle and went inside to get towels with the idea of applying pressure to any wounds that the woman may have and asked a co-worker who was at reception named José Maria, with contact telephone number 670 74 49 25, to help him so the latter went outside with the declarant and spoke to the 112 emergency service on the telephone and gave them information about where they were while the declarant began to attend to the victim who was still inside the vehicle in a high state of anxiety and panic, constantly making a cross sign with her arms and saying "INTERNATIONAL" in English, from which the declarant understood that this person was requesting an ambulance.

**- PAGE 2/3**

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 66 of 160 Page ID #:1300

- At that moment the gym manager Beatriz, who was trying to calm her down and attend to her along with the declarant, approached and the victim pulled out a phone, which he thinks could have been a "Blackberry", looked for a phone number in her contacts and showed it to her, so Beatriz proceeded to call without getting an answer. The declarant cannot provide the telephone number she gave them.
- About ten minutes later, the 112 medical service arrived, at which point she got out of the declarant's vehicle and he could see that she had difficulty getting out and needed help from the paramedics, he saw that she was leaning to one side as she walked, lopsidedly and with some difficulty and he could see that she had remnants of blades of grass, twigs and soil on her back as if she had been lying on the ground, remnants that were also scattered on the seat of his vehicle.
- After that, the declarant entered the gym to begin his day's work and at approximately 18:30 a number of uniformed police officers arrived to talk to him and he gave them all the information they requested and agreed to walk with them to the place where he had picked up the woman and told them everything he has stated here.
- After he had finished collaborating with the police officers at approximately 19:20, he returned to his vehicle and went home.
- He has nothing more to state, and, having read this document, he signs it to show his conformity along with the Presiding Officer, which I, the Secretary, **CERTIFY.**--------

[signatures]



EMAIL
madrid.bpi53@policia.es

C/ Tacona s/n
28030 – MADRID
TEL. 91 322 71 45
FAX. 91 322 71 07

# Annex 6

# Statement – Lynn Gayero Dayao

Case 2:19-cv-05597-JFW-JPR Document 118-1 Filed 10/01/19 Page 75 of 160 Page ID #:1309

[Coat of arms]
JUDICIAL
ADMINISTRATION

**CENTRAL COURT OF INVESTIGATION [JUZGADO CENTRAL DE INSTRUCCION] No. 005**
MADRID

C/GARCIA GUTIÉRREZ S/N
Telephone number: 917 09 64 78
Fax: 917 09 64 86
N.I.G. [General Identification Number]: 28079 27 2 2019 0000469

**PRELIMINARY PROCEEDINGS IN SUMMARY PROCEEDINGS [DILIGENCIAS PREVIAS PROC. ABREVIADO] 0001396/2019 N**

**MS SÍLVIA MARTÍNEZ ÁLVAREZ, JUDICIAL ADMINISTRATION CLERK AT CENTRAL COURT OF INVESTIGATION NUMBER 5 OF THE NATIONAL HIGH COURT [AUDIENCIA NACIONAL] ON SUBSTITUTION DUTIES:**

**I HEREBY CERTIFY THAT:**

Preliminary Proceedings no. 1396/2019 are underway in this Court for offences of causing injuries [lesiones], illegal restraint [detenciones ilegales], threats [amenazas], breaking and entering [allanamiento de morada], robbery with violence and intimidation [robo con violencia e intimidación] and criminal organisation [organización criminal] and the following is a faithful and literal transcription of the contents of the statement made in the course of these proceedings in this Court on 15 March 2019 at 10:52 by the witness **LYNN GAYERO DAYAO**:

"**JUDGE**: All right, today is 15 March 2019. Preliminary Proceedings [Diligencias Previas] 1396/2019, statement by **LYNN GAYERO DAYAO**, that's you, isn't it?

**LYNN GAYERO DAYAO**: Yes, that's me.

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** Look, I inform you that an audiovisual recording is being made of this hearing, OK? They're recording from over there (he points).

**LYNN GAYERO DAYAO:** OK.

**JUDGE:** I also inform you that you are appearing today as a witness in these proceedings.

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** You are under the obligation to tell the truth.

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Do you swear or promise to do so?

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Very good, you should know that not telling the truth is an offence under the Penal Code, but you are going to tell the truth in these proceedings, aren't you?

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Look, the only relationship you have with these people and with these events was what you said the other day in the police statement.

**LYNN GAYERO DAYAO:** (she nods)

**JUDGE:** You don't have anything else to do with the Korean Embassy...

**LYNN GAYERO DAYAO:** No.

**JUDGE:** ...or the people who are associated with the Embassy, right?

**LYNN GAYERO DAYAO:** No, yes, nothing, no.

**JUDGE:** Very good. You made a statement in relation to these event on 27 February.

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Do you confirm your statement? I mean, is what you said then the truth?

**LYNN GAYERO DAYAO:** Yes, yes, yes.

**JUDGE:** And you accept responsibility for it, do you?

**LYNN GAYERO DAYAO:** Yes, yes, yes.

Very good, so am going to ask you, why were you going past the Korean Embassy?

**LYNN GAYERO DAYAO:** Because I'm working in Calle de Torreadrada...

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** Very close by.

**LYNN GAYERO DAYAO:** Very close and go past... because what's it called, bus stop is opposite Korean Embassy, we're walking there, because I'm a fan of Korea and the soap operas, everything, when (unintelligible) so handsome like that, because I saw them, two people very close to the Embassy door...

**JUDGE:** Just a moment, you were at the bus stop?

**LYNN GAYERO DAYAO**: Yes. I'm walking to, to, because we're waiting for a bus and it's taking a long time.

**JUDGE:** So, you were waiting for the bus?

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Aha, that's the reason you were standing there waiting?

**LYNN GAYERO DAYAO:** Yes, yes, yes, yes, to, to do it for stop, to wait for the bus;

**JUDGE:** These events took some time · and were you there during that time because you were waiting for the bus?

**LYNN GAYERO DAYAO:** Yes, yes, yes.

**JUDGE:** Very good. So, tell me what was the first, what was the first thing you...

**LYNN GAYERO DAYAO:** Yes, I'm walking towards, to go bus stop and before the Korean Embassy door I see two people, one very close, at the... what's it called... at the door and another, because there is a stop, another one opposite...

**JUDGE:** Yes.

**LYNN GAYERO DAYAO:** ...there is a... a person behind and then this person is walking into the middle of the road, but you are looking at the door of

...

**JUDGE:** Of the Embassy:

**LYNN GAYERO DAYAO:** ...of the Embassy because when I pass the Embassy door it is a little open, and there are people you are talking inside but (unintelligible) how many people and when I am at the stop waiting for the bus I saw it a car...

**JUDGE:** You... but wait, wait a moment...

**LYNN GAYERO DAYAO:** Yes.

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 78 of 160 Page ID #:1312

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** In your statement you said first of all...

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** ... that at five, you leave work, go to the bus and saw a person inside the Embassy with the door partly open...

**LYNN GAYERO DAYAO:** Yes, yes, like that, like that...

**JUDGE:**. ...who was talking to another person.

**LYNN GAYERO DAYAO:** Yes, yes, yes, yes, yes.

**JUDGE:** You saw these two persons talking?

**LYNN GAYERO DAYAO:** I don't know how many people, but you are talking because I those, what's the word, the clothes of the person inside a little, the colour of their clothes, but I don't know how many people you are talking inside.

**JUDGE:** This person you saw talking to another person inside the Embassy, what were they doing?

**LYNN GAYERO DAYAO:** (shakes her head) Because I'm just passing but I know you're talking inside (unintelligible).

**JUDGE:** Very good, can you describe this person to me? How were they dressed?

**LYNN GAYERO DAYAO**: Only... (unintelligible) dressed in... a man inside, it's like... what's the word, it's like this (unintelligible) (she points to something in her hand) like with green and black, just like that, but nothing more.

**JUDGE:** And the man who was arriving, who was outside...

**LYNN GAYERO DAYAO:** He was outside with... what's the word... with jeans and jacket, black jacket or more like that.

**JUDGE:** Look, I'm going to show you a photograph from that day, it's on page 53 of the police report.

**LYNN GAYERO DAYAO:** No no no no, no, that's another person (unintelligible) inside because it is open, like this like a little... open but there is no person that only inside you are talking but the person inside is like.. (she points to her arm) Oh yes, yes, yes... that one (she points to another photograph).

**JUDGE**: OK, so this first picture on page 53, you didn't see it...

**LYNN GAYERO DAYAO:** No, no, no, no.

**JUDGE:** It arrived later, page 54...

**LYNN GAYERO DAYAO:** This one (she points).

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** You are being shown, just a moment, you are being shown page 54 of, just a moment, police report 1087/19 of 8 March. There are two pictures on page 54 that I am now showing you. Do you recognise... do you remember these pictures?

**LYNN GAYERO DAYAO:** Yes, yes, yes.

**JUDGE:** Do they match what you saw?

**LYNN GAYERO DAYAO:** Yes, yes, this one, this one. Yes, yes. Yes, yes, this one.

**JUDGE:** Were these the people (unintelligible)?

**LYNN GAYERO DAYAO:** Yes, but the first one, but this last one, this one of the people has left in a car, these people.

**JUDGE:** First you saw these people (he points).

**LYNN GAYERO DAYAO:** No, not this one (she points) I think inside already, because the person I see here entered first, then this one (she points). Yes.

**JUDGE:** Then the people who appear here went in (he points)

**LYNN GAYERO DAYAO:** Yes, yes.

**JUDGE:** You mean that these people were the last ones...

**LYNN GAYERO DAYAO:** Yes, last, this people got out in the car.

**JUDGE:** All right, OK, please sit down again. All right, tell me about that car you saw.

**LYNN GAYERO DAYAO:** A little white one but I didn't see it.

**JUDGE:** Little white...

**LYNN GAYERO DAYAO:** Yes, but I didn't see it because I don't have glasses to see...

**JUDGE:** It was a small white car...

**LYNN GAYERO DAYAO:** Yes

**JUDGE:** ¿What did that car do?

**LYNN GAYERO DAYAO:** I don't know, I don't, no, no...

**JUDGE:** ¿Did it stop? (unintelligible).

**LYNN·GAYERO DAYAO:** Yes, because this is... what's the word... bus stop of Korean Embassy, there is a bus stop, it's on Calle Vinas de el Pardo, but a little further up, it stops there and then four or five people get out of the car walking to the Embassy door.

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** Those people who got out of the car and walked to the Embassy door, are they the people you saw in the picture that I showed you?

**LYNN GAYERO DAYAO:** Yes, yes, yes, yes.

**JUDGE:** ¿Did you see who opened the Embassy door for them?

**LYNN GAYERO DAYAO:** No because we are, we are, I am already at the bus stop.

**JUDGE:** You were already at the bus stop.

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Aha. Once these people, once these people you also stated that they were wearing casual clothes, it does indeed match the photographs.

**LYNN GAYERO DAYAO:** Yes, yes, like that (she points).

**JUDGE:** Very good. What happened when these people went inside the Embassy? What did you see next?

**LYNN GAYERO DAYAO:** Yes, because when they were entering the Korean Embassy they have... what's the word in Spanish (she points to her ears) ... hear noise...

**JUDGE:** You heard.

**LYNN GAYERO DAYAO:** Yes, you heard, there is a noise, there is a lady screaming like this *Ahhhhh!* And then I'm curious about what is happening inside, that... what's the word... the wall has something like this...

**JUDGE:** Something like this means it has a kind of hole or...

**LYNN GAYERO DAYAO:** Yes, hole like this (she gestures).

**JUDGE:** Horizontal.

**LYNN GAYERO DAYAO:** Yes, horizontal because it's like it makes wall of.. and I see it like this (she crouches down) and then I see a person screaming who is on the floor.

**JUDGE:** In other words, you peeked through that hole in the wall.

**LYNN GAYERO DAYAO:** Yes, yes, like this

**JUDGE:** What did you see?

**LYNN GAYERO DAYAO:** I saw a person, no? They're on the ground and three people are in tip... what's the word... tip... tip..: what's the word... above, on top.

**JUDGE:** On top.

**LYNN GAYERO DAYAO:** On top.

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** On top, very good.

**LYNN GAYERO DAYAO:** On top of the person you are screaming, then me, what happened to you? ¿what happened to you? because it's Korean Embassy, what happened to you? they said, because there are two, three young students with my friend Teófila also like this (she crouches down) I don't think... the students said, I think they're practising... no, no, it is not normal practising with Korean Embassy, something is happening, something is happening they said. When I'm looking at the person they have... I see they have a... What's the word (she gestures).

**JUDGE:** A pistol.

**LYNN GAYERO DAYAO:** A pistol.

**JUDGE:** So were there...? How many people did you see on the floor?

**LYNN GAYERO DAYAO:** One person (unintelligible).

**JUDGE:** On the floor, crouching.

**LYNN GAYERO DAYAO:** Two or three people are above the person and one is walking very near there, there is a car from... there is an Embassy car it is open behind (unintelligible) you are walking there, one person.

**JUDGE:** One person.

**LYNN GAYERO DAYAO:** But there are three, or two people is...

**JUDGE:** Very good. Was the person who had the pistol the one who was walking?

**LYNN GAYERO DAYAO:** No, one, one.

**JUDGE:** One...

**LYNN GAYERO DAYAO:** One, one because the person with the pistol is the person I see first is waiting at the Embassy door, like this.

**JUDGE:** The person with the pistol was one of those who were in the group (unintelligible).

**LYNN GAYERO DAYAO:** No. The first, the first when I am walking has a person you are looking very close and then you are walking (unintelligible) middle of the road, but you are looking over there.

**JUDGE:** Let's see, I didn't understand that very well, can you explain it to me again?

**LYNN GAYERO DAYAO:** This person with a pistol.

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 82 of 160 Page ID #:1316

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** The person who had the pistol...

**LYNN GAYERO DAYAO:** had with a pistol is of the person I see first, they are very close at the Embassy door.

**JUDGE:** Yes.

**LYNN GAYERO DAYAO:** and then you're walking straight ahead... what's the word...

middle of the road, but they are watching and then they go there (she points) and then of another person, in another to...

**JUDGE:** So, there was a person, who is the one with the pistol...

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** ... who was at the door before the events began...

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** ... and was walking next to the Embassy door.

**LYNN GAYERO DAYAO:** Yes, like that, yes.

**JUDGE:** ¿How was this person dressed?

**LYNN GAYERO DAYAO:** And with jeans and a jacket, I don't remember, it's... blue or black.

**JUDGE:** Blue or black.

**LYNN GAYERO DAYAO:** Yes, but their hair is like that, with a ponytail.

**JUDGE:** It was gathered in a ponytail.

**LYNN GAYERO DAYAO:** Yes, like that.

**JUDGE:** This person who you saw at the beginning at the Embassy door, I think you said he went to the middle of the road...

**LYNN GAYERO DAYAO:** Yes, but there is one person or two of these people talking inside, it's open, there is one person, you are communicating, but this person is...

**JUDGE:** Is there.

**LYNN GAYERO DAYAO:** Closer.

**JUDGE:** Then everyone went in.

**LYNN GAYERO DAYAO:** Yes, like that.

**JUDGE:** Right?

**LYNN GAYERO DAYAO:** (she nods)

**JUDGE:** ¿What happened next that you saw?

[Coat of arms]
JUDICIAL
ADMINISTRATION

**LYNN GAYERO DAYAO:** Yes, when I am (unintelligible) seen there is a pistol, oh what's the matter? what's the matter? And then the bus came, nothing else, I don't know, I'm asking like *what's the matter, hey what's the matter*...just like that.

**JUDGE:** So, from there on you saw nothing else.

**LYNN GAYERO DAYAO:** No, nothing else, because it's already Friday, on Saturday I don't have work any more.

**JUDGE:** All right, OK. Does the State Prosecutor want to ask any questions?

**STATE PROSECUTOR:** No, sir.

**JUDGE:** Very good, well, Lynn, thank you very much.

**LYNN GAYERO DAYAO:** My pleasure.

**JUDGE:** We've finished, we can stop recording. Please sign this for me"

This concludes the transcription of the statement, which I hereby certify.

In the City of Madrid on 30 July 2019

**THE JUDICIAL ADMINISTRATION CLERK**

# Annex 7

# Statement – Teofila Villarroel Orozco

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 98 of 160 Page ID #:1332

[Coat of arms]
JUDICIAL
ADMINISTRATION

**CENTRAL COURT OF INVESTIGATION [JUZGADO CENTRAL DE INSTRUCCION] No.** 005
MADRID

C/GARCIA GUTIÉRREZ S/N
Telephone number: 917 09 64 78
Fax: 917 09 64 86
N.I.G. [General Identification Number]: 28079 27 2 2019 0000469·

**PRELIMINARY PROCEEDINGS IN SUMMARY PROCEEDINGS [DILIGENCIAS PREVIAS PROC. ABREVIADO] 0001396 /2019 N**

**MS SÍLVIA MARTÍNEZ ÁLVAREZ, JUDICIAL ADMINISTRATION CLERK AT CENTRAL COURT OF INVESTIGATION NUMBER 5 OF THE NATIONAL HIGH COURT [AUDIENCIA NACIONAL] ON SUBSTITUTION DUTIES:**

**I HEREBY CERTIFY THAT:**

Preliminary Proceedings no. 1396/2019 are underway in this Court for offences of **causing injuries [lesiones], illegal restraint [detenciones ilegales], threats [amenazas], breaking and entering [allanamiento de morada], robbery with violence and intimidation [robo con violencia e intimidación] and criminal organisation [organización criminal]** and the following is a faithful and literal transcription of the **contents** of the statement made in the course of these proceedings in this Court on 15 March 2019 at

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 99 of 160 Page ID #:1333

[Coat of arms]
JUDICIAL
ADMINISTRATION

10:44 by the witness **TEÓFILA VILLARROEL OROZCO**:

**"JUDGE:**

Today is 15 March 2019, proceedings 1396-2019, statement by Teófila VILLARROEL OROZCO, that's you, isn't it?

**TEOFILA VILLARROEL OROZCO:**

Yes

**JUDGE**

I inform you that an audiovisual recording is being made of this hearing, I also inform you that you are appearing today as a witness in these proceedings, you are under the obligation to tell the truth. Do you swear or promise to do so?

**TEOFILA VILLARROEL OROZCO**

Yes sir

**JUDGE**

You should know that the penal code establishes false testimony as an offence in procedures of this kind.

**TEOFILA VILLARROEL OROZCO**

OK.

**JUDGE**

All right, look, my understanding is that you don't have any kind of relationship with anybody who may have to do with these proceedings

**TEOFILA VILLARROEL OROZCO**

No

**JUDGE**

Or with anyone who has to do with the sphere of the North Korean embassy

**TEOFILA VILLARROEL OROZCO**

No

**JUDGE**

You just work near there

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

And go past there every now and then

[Coat of arms]
JUDICIAL
ADMINISTRATION

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

That's right, isn't it?

**TEOFILA VILLARROEL OROZCO**

Yes, I catch the bus there

**JUDGE**

By bus, you catch the bus nearby

**TEOFILA VILLARROEL OROZCO**

Yes.

**JUDGE**

All right, look, on 27 February you made a statement to the police about these events

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

You remember that statement, don't you

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

Do you confirm your statement?

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

Look, in that statement, you state that on Friday 22 February you left work and passed by the North Korean embassy,

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

Can you tell us what happened at that point

**TEOFILA VILLARROEL OROZCO**

At that point when I saw the bus, uh, the schoolchildren, and the um... Filipino girl were already there, then, when I heard that they were screaming (she

[Coat of arms]
JUDICIAL
ADMINISTRATION

mimics screaming) like running like this.....

**JUDGE**

And where were the screams coming from

**TEOFILA VILLARROEL OROZCO**

From inside that building

**JUDGE**

And which building is that

**TEOFILA VILLARROEL OROZCO**

The Korean Embassy building

**JUDGE**

That's right, what happened then

**TEOFILA VILLARROEL OROZCO**

Then the children and this Filipino girl began to look, you couldn't see because it was blocked, high pavement over there, then over there, we got in to look more through the netting, then I saw that the man was like this, crouching.

**JUDGE**

(Just a moment, you have to speak into the microphone)

**TEOFILA VILLARROEL OROZCO.**

He was crouching low

**JUDGE**

A man

**TEOFILA VILLARROEL OROZCO**

Yes, a man

He was crouching, with his hands like this, I was too small to see, and next to him I saw someone, who was standing, was wearing black, I could hardly see him, but he was standing, the other was crouching.

**JUDGE:**

There was a man standing, that man who was standing, can you, somehow, describe what he looked like

**TEOFILA VILLARROEL OROZCO.**

No, I couldn't see, because you couldn't see, I could only see his legs, because you couldn't see, because the slit was very thin to see, and I also saw, that the man, that he wasn't at the same level as the man, I could see him, he was down

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 102 of 160 Page ID #:1336

[Coat of arms]
JUDICIAL
ADMINISTRATION

low, the other one was crouching, and he wasn't screaming any more, he wasn't saying anything, you could only hear (noise) and now you couldn't hear it any more

**JUDGE**

So, was there just one person or were there more people,

**TEOFILA VILLARROEL OROZCO**

I heard...like walking , I heard and then I couldn't hear the screaming any more

**JUDGE**

You said in your statement that you could see a person lying on the floor

**TEOFILA VILLARROEL OROZCO**

Yes, yes

**JUDGE**

There was a person lying on the floor

**TEOFILA VILLARROEL OROZCO**

Yes, yes, you could see them lying like that, like lying on the floor

**JUDGE**

And you said that there were three people grabbing them

**TEOFILA VILLARROEL OROZCO**

Three people were, but you couldn't see well, it was like... you could see three people clearly through the crack but you couldn't see, I could see the bottom part, I could only see the trousers.

**JUDGE**

But you saw that there were several people and those people were grabbing the person who was on the ground, that's what you said in your statement, is that right

**TEOFILA VILLARROEL OROZCO**

Yes, that's right

**JUDGE**

You say that these people were wearing dark clothes, but you can't be more precise, can you

**TEOFILA VILLARROEL OROZCO**

No, no

**JUDGE**

[Coat of arms]
JUDICIAL
ADMINISTRATION

All right, OK

You didn't see anyone enter or leave

**TEOFILA VILLARROEL OROZCO**

No, no

**JUDGE**

Only what happened inside the embassy grounds, right

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

All right, okay, we've finished, we can stop recording."

This concludes the transcription of the statement, which I hereby certify.

In the City of Madrid on 30 July 2019

**THE JUDICIAL ADMINISTRATION CLERK**

# Annex 8

## IMAGES FROM THE SECURITY CAMERA SYSTEM OF THE EMBASSY

**IMAGE 1**




**IMAGE 2**



**IMAGE 3**




**IMAGE 4**



**IMAGE 5**




**IMAGE 6**



**IMAGE 7**




**IMAGE 8**



**IMAGE 9**




**IMAGE 10**



**IMAGE 11**




**IMAGE 12**



**IMAGE 13**




**IMAGE 14**



**IMAGE 15**




**IMAGE 16**



**IMAGE 17**




**IMAGE 18**




**IMAGES (1-18) OF ASSAILANTS ARRIVING AND ENTERING THE EMBASSY, INCLUDING AHN (IMAGES 6 to 11)**

**IMAGE 19**




**IMAGE 20**



**IMAGE 21**




**IMAGE 22**




**IMAGES (19-22) OF ASSAILANTS INSIDE THE EMBASSY**

Case 2:19-cv-05397-JFW-JPR Document 118-1 Filed 10/01/19 Page 125 of 160 Page ID #:1359

**IMAGE 23**




**DETAIL - IMAGE 23**



**IMAGE 24**




**IMAGE 25**



**IMAGE 26**




**IMAGE 27**




**IMAGES (23-27) OF ASSAILANTS IMMOBILIZING AND TRANSFERRING A VICTIM**

**IMAGE 28**




**IMAGE 29**



**IMAGE 30**




**DETAIL - IMAGE 30**




**IMAGES (28-30) OF LAW ENFORCEMENT ARRIVING AT THE EMBASSY (including officers 122271 and 122334)**

**IMAGE 31**




**IMAGE 32**



**IMAGE 33**




**IMAGE 34**



**IMAGE 35**




**IMAGE 36**




**IMAGES (31-36) OF ASSAILANTS LEAVING THE EMBASSY**

**IMAGE 37**




**IMAGE (37) OF ARRIVAL OF ONE OF THE THREE NORTH KOREAN STUDENTS**

**IMAGE 38**



**IMAGE 39**




**IMAGE 40**



## DETAIL- IMAGE 40



## IMAGE 41



## IMAGE 42




## DETAIL - IMAGE 42



**IMAGES *(38-42)* OF VICTIMS LEAVING THE EMBASSY, SOME OF THEM HANDCUFFED**