Naeun Rim – State Bar No. 263596
nrim@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4380
Facsimile: (310) 312-4224

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER PHILIP AHN

PLAINTIFF

v.

DAVID M. SINGER, U.S. Marshal

DEFENDANT.

CASE NUMBER

2:22-cv-04320-FLA

Hearing: Friday, September 9, 2022, 10:30 a.m.

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING**

Application is made by ☑ plaintiff ☐ defendant CHRISTOPHER PHILIP AHN that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Jean P. Rosenbluth   by order dated: 7/9/2019, modified 06/02/2021

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☑ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

See attached memorandum of points and authorities. Attached to the accompanying Declaration of Christopher J. Lee as Exhibit 8 are the signatures of all third-party custodians and sureties, who consent to the proposed modification.

Relief sought *(be specific)*:

Relator Christopher Philip Ahn respectfully requests that the Court modify his bond conditions as follows: (1) remove his ankle monitor and discontinue location monitoring; (2) remove his curfew; (3) allow for travel within the Central District of California, and for travel outside the Central District with permission of Pretrial Services; (4) remove the video call requirement for third-party custodians; and (5) remove the restriction on communicating with members or representatives of Free Joseon, Cheollima Civil Defense, Pegasus Strategies LLC, and LINK.

Counsel for the defendant and plaintiff United States Government consulted on 07/08/2022 and 07/12/2022 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to   ☑ AUSA  ☐ Defendant's Counsel  ☑ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on 8/11/2022.

An interpreter is ☑ required ☐ not required.  Language  Korean (for Mr. Ahn's mother only)
Defendant is ☐ in custody ☑ not in custody.

2022/8/12
Date

Christopher J. Lee, on behalf of Christopher P. Ahn
Moving Party

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)