UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-04320-FLA | Date | September 2, 2022 |
| Title | Christopher Philip Ahn v. David M. Singer | | |

Present: The Honorable  **FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE**

| H. Crawford | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER STRIKING PETITIONER'S APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION AND REQUEST FOR HEARING [DKT. 22]**

Before the court is Petitioner Christopher Philip Ahn's ("Petitioner") Application for Review/Reconsideration of Order Setting Conditions of Release/Detention and Request for Hearing ("Application"). Dkt. 22.

Petitioner's bail conditions were not set in this case, *Ahn v. Singer*, 2:22-cv-04320-FLA. Instead, as both parties acknowledge, Petitioner's bail, $1 million bond and detailed conditions of release, and subsequent revisions thereto, were set by Magistrate Judge Jean P. Rosenbluth in *United States of America v. Ahn*, 2:19-cv-05397-FLA (JPRx) (the "Extradition Case"). Extradition Case, Dkts. 58, 73, 93, 130, 142, 163, 201, 212, 218. The court finds that any further review or reconsideration of the conditions of Petitioner's bail and release should be determined by Magistrate Judge Rosenbluth in the Extradition Case.

The court, therefore, STRIKES Petitioner's Application in its entirety and VACATES the hearing set for September 9, 2022. Any refiled Application should be filed in the Extradition Case.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | hc |