# EXHIBIT A

## DECLARATION OF ROBERT K. HARRIS

I, Robert K. Harris, declare and say as follows:

1. I am Robert K. Harris, the Assistant Legal Adviser for East Asia and Pacific Affairs at the United States Department of State. I have been an attorney at the Department of State since 1985 and a career member of the Senior Executive Service since 1992. Since 2014, I have been in my current position, supervising the provision of legal advice relating to Asia and Pacific affairs within the Department of State. Among my responsibilities are the supervision and the provision of legal advice to the Department of State on issues relating to U.S. relations with, and U.S. foreign policy with respect to, the Republic of Korea and the Democratic People's Republic of Korea. I make this declaration based on my personal knowledge.

2. On July 27, 1953, the combatant commanders in the Korean War signed the Agreement between the Commander-in-Chief, on the one hand, and the Supreme Commander of the Korean People's Army and the Commander of the Chinese People's Volunteers, on the other hand, concerning a military Armistice in Korea (hereinafter referred to as "the Armistice Agreement") with, as described in its Preamble, "the objective of establishing an armistice which will insure a complete cessation of hostilities and of all acts of armed force in Korea until a final peaceful settlement is achieved." The Armistice Agreement entered into force on that day. As provided in paragraph 62, the Armistice Agreement "shall remain in effect until expressly superseded either by

1

mutually acceptable amendments and additions or by provision in an appropriate agreement for a peaceful settlement at a political level between both sides."

3. I can confirm that as of today's date, the Armistice Agreement is and remains in force.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 24th day of March 2023

By: _____

**Robert K. Harris**

**Assistant Legal Adviser for East Asia and Pacific Affairs**

**United States Department of State**