# EXHIBIT C

## DECLARATION OF JAMES DONOVAN

I, James Donovan, declare and say as follows:

1.  I am a Minister-Counselor for Host Country Affairs at the United States Mission to the United Nations (USUN Host Country Affairs). I am employed by the U.S. Department of State. My responsibilities include, inter alia, overseeing the registration and maintenance of the official records of foreign government officials and other employees serving at Permanent Missions of foreign governments to the United Nations (Permanent Missions), as well as their family members. I make this declaration based on my personal knowledge and my review of official documents and records maintained by USUN Host Country Affairs. This declaration describes, in relevant part, the process by which USUN Host Country Affairs registers and keeps track of foreign government officials assigned to Permanent Missions.

2.  Before a foreign government official can be afforded privileges and immunities, such as those of a diplomatic agent, in the United States as a result of his or her assignment to a Permanent Mission, the individual's sending state must first notify the United Nations (U.N.) Office of Protocol of the individual's appointment, date of assumption of duties, and the level of privileges and immunities the sending state requests for the individual to be afforded. This is accomplished when the Permanent Mission sends the U.N. Office of Protocol notification of the appointment of a Permanent Mission member and a request for privileges and immunities for that member and the family members forming his or her household.

3.  Once the U.N. Office of Protocol accepts the accreditation of the Permanent Mission member to the U.N., the U.N. Office of Protocol notifies USUN Host Country Affairs and requests that the United States afford that individual the appropriate privileges and immunities.

While members of Permanent Missions are accredited to the U.N., they are accredited as representatives of their sending state. This is distinct from being a U.N. official representing the U.N. itself.

4. If the proposed Permanent Mission member satisfies the criteria for extending privileges and immunities as set forth by the United States, USUN Host Country Affairs sends back to the Permanent Mission a Department of State Diplomatic Identification Card, bearing the Permanent Mission member's name and indicating the immunities to which the member is entitled. Diplomatic privileges and immunities in the United States are conferred on members of Permanent Missions who are entitled to diplomatic privileges and immunities in the United States under the provisions of Article V, Section 15 of the Headquarters Agreement between the United States and the U.N.

5. Countries with which the United States does not currently have diplomatic relations, including the Democratic People's Republic of Korea (DPRK), maintain Permanent Missions to the U.N. in New York. These countries, including the DPRK, have officials who are duly notified to the United States as diplomats of the relevant sending state, and who are accredited to represent their state to the U.N. Accredited diplomats of U.N. member states with which the United States does not have diplomatic relations, such as DPRK officials at the DPRK Permanent Mission, are diplomats who enjoy the same privileges and immunities and diplomatic protection as those diplomats representing U.N. member states with which the United States does have diplomatic relations.

6. I have reviewed official records maintained by USUN Host Country Affairs pertaining to members of the DPRK Permanent Mission. According to these records, officials of

the DPRK are currently registered, as described above, as members of the DPRK Permanent Mission in the United States to represent the DPRK before the U.N.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 23rd day of March 2023

By: _____

James Donovan
Minister-Counselor for Host Country Affairs at the United States Mission to the United Nations