Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Christopher Jumin Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Naeun Rim – State Bar No. 263558
    nrim@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4380
Facsimile: (310) 312-4224

Attorneys for Petitioner Christopher Philip Ahn

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER PHILIP AHN,<br><br>           Petitioner,<br><br>     vs.<br><br>DAVID M. SINGER,<br><br>           Respondent. | CASE NO. 2:22-CV-04320-FLA<br><br>**PETITIONER CHRISTOPHER PHILIP AHN'S APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT IN SUPPORT OF AMENDED PETITION FOR WRIT OF HABEAS CORPUS BY PERSON IN FEDERAL CUSTODY**<br><br>*[Filed Concurrently with Declaration of Christopher Jumin Lee; [Proposed] Order]*<br><br>Assigned to Hon. Fernando L. Aenlle-Rocha |

3860757.1

APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT

1  Petitioner Christopher Philip Ahn, by and through counsel of record, seeks
2  leave of Court to file the attached **Exhibit AC** as a supplemental exhibit in support
3  of his Amended Petition for Writ of Habeas Corpus by Person in Federal Custody.
4  Dkt. 14. **Exhibit AC** is commentary regarding these proceedings released by the
5  North Korean embassy to the Kingdom of Spain on April 3, 2023, and posted on the
6  official website of the Korean Central News Agency (a state-sponsored news outlet
7  of the North Korean government)[1]. *See* Declaration of Christopher Jumin Lee ("Lee
8  Decl.") ¶ 2.

9  Good cause exists to submit this Supplemental Exhibit after close of briefing
10 because **Exhibit AC** did not exist at the time the habeas petition papers were filed,
11 and therefore could not have been submitted by Mr. Ahn at that time. Mr. Ahn
12 submits this exhibit for the Court's consideration because it is relevant to the
13 parties' arguments relating to the humanitarian exception, the threat to Mr. Ahn's
14 life from North Korea, North Korea's role in the extradition, as well as the issues
15 outlined in the Court's January 9, 2023 Order to Show Cause. Dkt. 36.

16 On April 5, 2023, counsel for Mr. Ahn met and conferred with the
17 Government, and the Government stated it opposed this application. Lee Decl. ¶ 3.

19 DATED:  April 5, 2023         Ekwan E. Rhow
                                  Christopher Jumin Lee
                                  Bird, Marella, Boxer, Wolpert, Nessim,
                                  Drooks, Lincenberg & Rhow, P.C.

                                  By:     /s/ Christopher Jumin Lee
                                          Christopher Jumin Lee
                                  Attorneys for Petitioner Christopher Philip
                                  Ahn

---

[1] http://kcna.kp/en/article/q/727bbf690705991da2b8a4dd761e2575.kcmsf

| | | |
|---|---|---|
| 1 | DATED: April 5, 2023 | Naeun Rim |
| 2 | | Manatt, Phelps & Phillips, LLP |

By: /s/ Naeun Rim
Naeun Rim
Attorneys for Attorneys for Petitioner Christopher Philip Ahn

## ATTESTATION

Pursuant to L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this content and have authorized the filing.

DATED: April 5, 2023Ekwan E. Rhow
Christopher Jumin Lee
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: [signature]
Christopher Jumin Lee
Attorneys for Petitioner Christopher Philip Ahn