# Exhibit AC

(system)(/en)(admin_login_class) (admin_login)

조선어 English 中国语 Русский Español 日本語 (/en)

조선어  /  **English**  /  中国语  /  Русский  /  Español  /  日本語

## Press Release of DPRK Embassy in Spain

Pyongyang, April 4 (KCNA) -- The embassy of the Democratic People's Republic of Korea in the Kingdom of Spain made public the following press release on April 3:

Four years have passed since the unprecedented assault on the DPRK embassy in Spain was conducted under the direct manipulation of the U.S. intelligence authorities in 2019.

Right after the case, the Spanish government issued interim investigative results to the effect that a gang composed of over 10 Americans illegally intruded into the DPRK embassy in broad daylight and transmitted data they stole to the FBI of the United States. The government also urged under the extradition treaty with the U.S. that the U.S. should arrest and hand over criminals who had fled to the U.S. However, the U.S. has not intensified the investigation into American criminals involved in the case nor handed over Christopher Ahn whom it "arrested" for mere form's sake.

As for Christopher Ahn, he is a felon who deserves severe punishment from every aspect as he raided into the inviolable diplomatic mission of a state together with members of the anti-DPRK plot-breeding body and inflicted massive mental and physical strains and material damage on diplomats and their family members.

Nevertheless, the U.S. openly shields and abets terrorism against the DPRK citizens in foreign countries, making far-fetched assertions that it needs to check whether the assault on public officials of a hostile country staying in foreign countries can be regarded as a crime under the U.S. law, given the hostile relations persisting between the U.S. and the DPRK and the specific situation of no existence of a peace agreement nor diplomatic relations between the two countries.

The U.S. also makes every possible attempt to hush up the case, while building public opinion that even though Christopher Ahn was "judged" to be extradited to Spain, it cannot be realized once the U.S. secretary of state opposes the judgment, citing the "safety of the U.S. citizen" as a reason.

All the countries are under international obligation to thoroughly guarantee the safety of diplomatic envoys staying in their countries under the Vienna Convention on Diplomatic Relations, and entering a diplomatic mission building without permission is considered as an intrusion into the territory of that particular country.

The U.S. assertion that diplomats of hostile countries are excluded from exclusive diplomatic rights and privileges is a gangster-like violation of international law.

If this assertion is followed, there comes a conclusion that it doesn't matter though the U.S. diplomats and citizens staying in countries hostile to the U.S. have their lives threatened and their interests encroached in the future.

The reality goes to clearly prove once again that the "rule of law" touted by the U.S. is nothing but a political tool for putting pressure on those countries incurring its displeasure and that the U.S. is a rogue state which makes no scruple of doing anything for its interests.

Such acts of the U.S. are a clear disregard and a grave insult to the sovereignty and dignity of the DPRK.

No country in the world will tolerate violence to and plunder of diplomatic mission, where an inviolable sovereignty is exercised, and its members.

It is the invariable principled stand of the DPRK that no compromise or concession can be allowed when it comes to the issue of defending its sovereignty and dignity and protecting lives and security of its citizens.

The U.S. is obliged to make an official apology and a compensation for the assault on the DPRK embassy in the Kingdom of Spain, and arrest and extradite all criminals involved in the incident at once.

The Spanish government, too, should make positive effort for the earlier settlement of the case on the principle of independence and impartiality. -0-

www.kcna.kp (Juche112.4.4.)

조선중앙통신 Copyright © 2000-2023 by www.kcna.kp

 (/en)

