TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0721
Facsimile: (213) 894-0141
E-mail: John.Lulejian@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA
Acting on Behalf of Respondent
DAVID M. SINGER, U.S. Marshal

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PHILIP AHN,<br><br>Petitioner,<br><br>v.<br><br>DAVID M. SINGER, U.S. Marshal,<br><br>Respondent. | No. 2:22-cv-04320-FLA<br><br>STATUS REPORT |

The United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney John J. Lulejian, acting on behalf of Respondent David M. Singer, U.S. Marshal, hereby files the attached Status Report.

Dated: May 4, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA
Acting on Behalf of Respondent
DAVID M. SINGER, U.S. Marshal

**STATUS REPORT**

The United States respectfully informs the Court that it will not seek appellate review of the Court's Order, dated March 31, 2026 (Docket No. 63). Thus, there is no need for the Clerk of the Court to delay exonerating AHN's bond.